UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

APR 27 2007

J T NOBLIN, CLERK
BY_____DEPUTY

MINNIE NEAL, ET AL.                                    PLAINTIFF(S)

VERSUS                          CIVIL ACTION NO.   5:04cv241DCB-JMR

SCRIPTO-TOKAI CORPORATION, ET AL.                     DEFENDANT(S)


ORDER OF DISMISSAL


The parties having agreed to and announced to the Court a settlement of this case, and the

Court being desirous that this matter be finally closed on its docket,

IT IS ORDERED that this case is hereby dismissed with prejudice as to all parties.  If any

party fails to consummate this settlement within forty-five (45) days,  any aggrieved party may

reopen the case for enforcement of the settlement agreement within ten (10) days, and if successful,

all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties

against the party failing to consummate the agreement.  The Court specifically retains jurisdiction

to enforce the settlement agreement.

SO ORDERED this the 26th day of April, 2007.


                                        John M. Roper
                                        United States Magistrate Judge